**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **MOHAMMED AL-ADAHI,** <u>et</u> <u>al.</u>, | : |
| | : |
| **Petitioners,** | : |
| | : |
| **v.** | :    **Civil Action No. 05-280 (GK)** |
| | : |
| **BARACK H. OBAMA,** <u>et</u> <u>al.</u>, | : |
| | : |
| **Respondents.** | : |
| | : |

---

<u>**ORDER**</u>

Upon consideration of Petitioner Al-Adahi's Motion to Reconsider Grant of Motion to Stay [Dkt. No. 522], the Government's Opposition, and the entire record herein, it is hereby

**ORDERED**, that Petitioner's Motion is **denied.**


_____ /s/ _____
February 4, 2010                             Gladys Kessler
                                            United States District Judge


<u>Copies to</u>: Attorneys of Record via ECF